IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DETRICA D. WILLIAMS,** | Case No. 2:23-CV-1949 |
| Plaintiff, | |
| v. | Judge James L. Graham |
| **GOLDMAN SACHS BANK, USA,** | Magistrate Judge Vascura |
| Defendant. | |

## ORDER

This matter is before the Court for consideration of the assigned Magistrate Judge's June 21, 2023 Report and Recommendation ("R&R"), Doc. 4. Plaintiff Detrica Williams, who is proceeding without the assistance of counsel, brings this action against Goldman Sachs Bank, USA, arising out of a summary judgment order issued in Goldman Sachs' favor in the Court of Common Pleas for Franklin County, Ohio.

The Magistrate Judge performed a *sua sponte* review of Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2) and recommends Plaintiff's suit be dismissed. Doc. 4. She found that Plaintiff failed to plausibly allege facts to show that the Court has subject-matter jurisdiction over her claims. *Id.* at 4. Furthermore, she notes that to the extent Plaintiff is attempting to overturn the state court's summary judgment order, the Court lacks jurisdiction to do so under the *Rooker-Feldman* doctrine. *Id.*

The R&R specifically advised the parties that failure to object to the R&R within fourteen days "will result in a waiver of the right to have the District Judge review the Report and Recommendation *de novo* . . . ." Doc. 4 at 5. The deadline for filing objections to the R&R has since expired, and no party has objected to the R&R. When no objections are timely filed, a district

1

court reviews a magistrate judge's report and recommendation for clear error. Fed. R. Civ. P. 72, advisory committee note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

The Court finds no clear error and agrees with the Magistrate Judge's R&R, Doc. 4, and **ADOPTS** the same. Plaintiff's action is **DISMISSED.**

    **IT IS SO ORDERED**.

s/ James L. Graham  
JAMES L. GRAHAM  
United States District Judge

DATE: July 21, 2023